IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      )
                               )
     vs.                       ) Criminal No. 12-93
                               )
ERIC CAMPBELL,                 )
     Defendant.                )

## ORDER

AND NOW, this 9th day of July, 2012, upon consideration of defendant's Motion for Pre-Plea Pre-Sentence Report with Limitations [document #189], IT IS HEREBY ORDERED that the motion is GRANTED. The United States Probation Office is directed to conduct a pre-guilt investigation, limited to a request for criminal history calculations as to defendant being a career offender, and its impact on his criminal score and offense level. The pre-guilt report shall be made available to the parties and a copy provided to the Court on or before September 7, 2012.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), the period of time from the date of this order to September 7, 2012 shall be deemed excludable delay under the Speedy Trial Act as the Court concludes that the ends of justice served by granting the extension of time outweigh the interests of the public and defendant in a speedy trial.

BY THE COURT:

s/Gary L. Lancaster      ,C.J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record
      U.S. Probation