IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-93 |
| | ) | |
| RANDEE GILLIAM | ) | |

### ORDER OF COURT

AND NOW, to wit, this 10th day of September, 2012, upon consideration of the Government's Notice of Appeal From Orders of Pretrial Release, Expedited Request for Continued Stay of Orders, and Motion for De Novo Hearing Before the District Court for Revocation of Release Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Order of Release of the above-named defendant issued by United States Magistrate Judge Maureen P. Kelly be and hereby is stayed until such time as the District Court conducts a de novo hearing and rules on the government's request for detention. A hearing shall be conducted promptly based upon the government's Motion for Revocation of the Order of Release pursuant to Title 18, United States Code, Section 3145(a).

UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record