IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,	)
	)
    vs.	)	Criminal No. 12-93
	)
LAMONT WRIGHT,	)
    Defendant.	)

## ORDER

AND NOW, this 3rd day of October, 2012, upon consideration of defendant's Motion Requesting Pre-Plea/Trial Pre-Sentence Report Only for Criminal History [document #237], IT IS HEREBY ORDERED that the motion is GRANTED. The United States Probation Office is directed to conduct a pre-guilt investigation, limited to a request for criminal history calculations as to defendant being classified as a career offender. This pre-plea/trial pre-sentence report shall be made available to the parties and a copy provided to the Court on or before December 3, 2012.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), the period of time from the date of this order to December 3, 2012 shall be deemed excludable delay under the Speedy Trial Act as the Court concludes that the ends of justice served by granting the extension of time outweigh the interests of the public and defendant in a speedy trial.

                                      BY THE COURT:

                                      s/Gary L. Lancaster    ,C.J.
                                      The Honorable Gary L. Lancaster,
                                      Chief United States District Judge

cc:    All Counsel of Record
       U.S. Probation